# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

A.C., a minor, by his mother and
Next friend Deborah Clark, *et al.*,

        Plaintiffs

v.

DISTRICT OF COLUMBIA

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 06-cv-439 (RCL)

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Plaintiffs shall pay, within 30 days of the date of this Order, $81.74, an amount which represents the overpayment made by Defendant in this case.

**SO ORDERED.**

Date: 12/24/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE